UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669, | Case No. 25-cv-09355-CRB (PR) |
| Plaintiff, | **ORDER GRANTING MOTION TO ACCEPT LATE AMENDED COMPLAINT** |
| v. | |
| KELLEY SANTORO, Warden, | (ECF No. 10) |
| Defendant(s). | |

Good cause appearing therefor, plaintiff's "motion to accept late amended complaint" (ECF No. 10) is GRANTED.  The clerk is directed to filed as plaintiff's First Amended Complaint (FAC) the document received and appearing on ECF as item number 11.

An order screening the now operative FAC will issue shortly.

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California